Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED
2026 APR 20 AM 11:38
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA PLAINTIFF
V.
E. Armstrong, N. Chindavanh, and J. Rucker
USMS# ______ DEFENDANT

CASE NUMBER: 2:26-MJ-02344

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 4/20/26 at 9:15 ☑ AM ☐ PM
   or
   The defendant was arrested in the ______ District of ______ on ______ at ______ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☐ No
4. Charges under which defendant has been booked:
   18 U.S.C. 1951(a) x2; 1201 (c); 1201(d); and 2
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ______
7. Year of Birth: 2004
8. Defendant has retained counsel: ☐ No
   ☐ Yes Name: ______ Phone Number: ______
9. Name of Pretrial Services Officer notified: ______
10. Remarks (if any): ______
11. Name: SA RICHI GEORGE (please print)
12. Office Phone Number: 763 947-9392
13. Agency: FBI
14. Signature: [signature]
15. Date: 4/20/26