FILED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

2026 APR 20 PM 12:24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ________

for the

Northern District of California

United States of America
v.
ELIJAH ARMSTRONG

Defendant

Case No. CR26-00146 TLT

MJ 26-02344

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ELIJAH ARMSTRONG, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951(a) – Conspiracy to Commit Robbery Affecting Interstate Commerce
18 U.S.C. § 1951(a) – Attempted Robbery Affecting Interstate Commerce
18 U.S.C. § 1201(c) – Conspiracy to Commit Kidnapping
18 U.S.C. § 1201(d) – Attempted Kidnapping
18 U.S.C. § 2 – Aiding and Abetting
18 U.S.C. § 981(a)(1)(c), § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

Date: 03/31/2026

*Issuing officer's signature*

City and state: San Francisco, CA

Hon. Lisa J. Cisneros, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Elijah Armstrong

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 12/29/2004

Social Security number: 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

Height: 6'1 Weight: 150

Sex: Male Race: Black

Hair: Black Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: FMD8MMCPC

Complete description of auto:

Investigative agency and address: FBI 450 Golden Gate Ave., Floor13, San Francisco, CA, 94102, SA Casey Boyer

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: