CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
JARED S. BUSZIN (NYBN 5285838)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6959
Fax: (415) 436-7027
kelsey.davidson@usdoj.gov
jared.buszin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH ARMSTRONG, NINO CHINDAVANH, AND JAYDEN RUCKER,<br><br>Defendants. | NO. 3:26-CR-00146-TLT<br><br>STIPULATION TO EXCLUDE TIME FROM SEPTEMBER 25, 2026 TO DECEMBER 11, 2026 AND [PROPOSED] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendants Elijah Armstrong, Nino Chindavanh, and Jayden Rucker, that time be excluded under the Speedy Trial Act from September 25, 2026, through December 11, 2026.

At the status conference held on September 25, 2026, the government and counsel for the defendants agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until December 11, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C.

§ 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from September 25, 2026, through December 11, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 25, 2026

/s/
KELSEY C. DAVIDSON
JARED S. BUSZIN
Assistant United States Attorneys

DATED: September 25, 2026

/s/
MICHAEL SHEPARD
Counsel for Defendant Elijah Armstrong

/s/
CANDIS MITCHELL
Counsel for Defendant Nino Chindavanh

/s/
KAREN MCCONVILLE
Counsel for Defendant Jayden Rucker

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on September 25, 2026, and for good cause shown, the Court finds that failing to exclude the time from September 25, 2026, through December 11, 2026, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 25, 2026, to December 11, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with

the consent of the parties, IT IS HEREBY ORDERED that the time from September 25, 2026, through December 11, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: ____________________

____________________________
TRINA L. THOMPSON
United States District Judge